UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

DAWN DIEDRICH, individually, and on behalf of all others similarly situated,

Plaintiff,

v.

Case No. 18-cv-652

MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., d/b/a MERRILL LYNCH,

Defendant.

## STIPULATION OF DISMISSAL

Plaintiff Dawn Diedrich ("Ms. Diedrich") and Opt-in Plaintiff Michele Ripp ("Ms. Ripp") (collectively "Plaintiffs") and Defendant Merrill Lynch, Pierce, Fenner & Smith, Inc. d/b/a Merrill Lynch ("Merrill Lynch") (collectively "the Parties"), by and through their undersigned counsel, HEREBY STIPULATE AND AGREE that as a result of reaching a fair and reasonable settlement of a bona fide dispute as to Plaintiffs' entitlement to unpaid wages under federal and state law, this action is dismissed with prejudice in its entirety, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party is to bear its own costs and attorneys' fees.

| Respectfully submitted, | Respectfully Submitted, |
|---|---|
| ***/s/ John R. Richards*** | ***/s/ Timothy P. Maynard*** |
| John R. Richards, | Timothy P. Maynard, SBN 1080953 |
| richardsjr@gtlaw.com | tmaynard@hq-law.com |
| James N. Boudreau, | Larry A. Johnson, SBN 1056619 |
| boudreauj@gtlaw.com | ljohnson@hq-law.com |
| Adam Roseman, | Summer H. Murshid, SBN 1075404 |
| rosemana@gtlaw.com | smurshid@hq-law.com |
| | |
| | **Hawks Quindel, S.C.** |
| | 222 E Erie Street |
| **Greenberg Traurig LLP** | Suite 210 |
| 3333 Piedmont Road NE | P.O. Box 442 |
| Suite 2500 | Milwaukee, WI 53202 |
| Atlanta, GA 30305 | (414) 271-8650 (office) |
| (678) 553-2157 (office) | (414) 271-8442 (facsimile) |
| (678) 553-2212 (facsimile) | |
| | **Attorneys for Plaintiffs** |
| **Attorneys for Defendants** | |

Dated: June 4, 2019

ACTIVE 41717053v1